1  WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9  United States of America,              )   Case No. CR-04-882-01-PHX-EHC
                                          )
10              Plaintiff,                 )
                                          )
11  vs.                                    )
                                          )
12  Salvador Johnson,                      )        **ORDER**
                                          )
13              Defendant.                 )
                                          )
14  _____)

15

16         A  detention  hearing  and  a  preliminary  revocation  hearing  on  the  Petition  on

17  Supervised Release were held on December 12, 2008.

18         **THE  COURT  FINDS**  that  the  Defendant  has  knowingly,  intelligently,  and

19  voluntarily waived his  right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21         **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he  is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d

24  1529 (9th Cir. 1994).

25

26

27

28

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2   court.

3   DATED this 15th day of December, 2008.

Lawrence O. Anderson
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28